IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| THOMAS PAUL REED | 4:21-cv-01104-JM-JJV | PLAINTIFFS |
| JOSEPH YARBERRY, JR. | 4:21-cv-01107-JM-JJV | |
| MICHAEL KNOWLTON | 4:21-cv-01110-JM-JJV | |
| ZANE HORTON | 4:21-cv-01111-JM-JJV | |
| JUSTIN T. CESTARO | 4:21-cv-01112-JM-JJV | |
| JUSTIN LYNN COOTS | 4:21-cv-01113-JM-JJV | |
| BRIAN DUNCAN | 4:21-cv-01116-JM-JJV | |
| DURAN MOORE | 4:21-cv-01117-JM-JJV | |
| JONATHAN R. MORGAN | 4:21-cv-01118-JM-JJV | |
| ANGELO BUTLER | 4:21-cv-01119-JM-JJV | |
| JOSH WILSON | 4:21-cv-01120-JM-JJV | |
| HOWARD L. WILSON | 4:21-cv-01121-JM-JJV | |
| RENE VALDEZ | 4:21-cv-01122-JM-JJV | |
| BRIAN KEITH SCROGGINS | 4:21-cv-01123-JM-JJV | |
| CRAIG STONE | 4:21-cv-01125-JM-JJV | |
| MICHAEL SANDERS | 4:21-cv-01129-JM-JJV | |
| FORTARUS STANCIL | 4:21-cv-01130-JM-JJV | |
| DEVONTA MCDONALD | 4:21-cv-01132-JM-JJV | |

v.

DOES                                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, plaintiffs' claims are DISMISSED WITHOUT PREJUDICE, and each of the cases listed in the caption are CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 27th day of December 2021.

_____
UNITED STATES DISTRICT JUDGE